# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-293-309

**Effective Date of Registration:**
May 24, 2021
**Registration Decision Date:**
May 24, 2021

## Title

**Title of Work:** Fusion 4

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 16, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Grover Gaming, Inc.
  **Author Created:** Entire Audiovisual Work
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Grover Gaming, Inc.
3506 NE Greenville Blvd, Greenville, NC, 27834-8980, United States

## Rights and Permissions

**Organization Name:** Ward and Smith, P.A.
**Name:** Erica Rogers
**Email:** copyrights@wardandsmith.com
**Telephone:** (919)277-9100
**Address:** 751 Corporate Center Drive, Suite 300
Post Office Box 33009
Raleigh, NC 27636-3009 United States

## Certification

**Name:** Erica B. E. Rogers, Attorney, Ward and Smith, P.A.
**Date:** May 24, 2021
**Applicant's Tracking Number:** 130818-00020

---

**Correspondence:** Yes