**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**Eastern Division**

| | |
|---|---|
| GROVER GAMING, INC., and | ) |
| | ) |
| BANILLA GAMES, INC., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|                     v. | )      Case No. |
| | ) |
| ANIL PATEL d/b/a EZ QUICK MART, | ) |
| | ) |
|               Defendant. | ) |

**<u>DECLARATION OF HARRY YIATRAS</u>**

Harry Yiatras deposes and says:

1.  I am over 18 years of age and I am fully able to make the statements set forth in this Declaration.

2.  The statements contained in this Declaration are made of my own volition and are true of my own personal knowledge.

3.  I visited the EZ Quick Mart store ("EZ Store") located at 80 Meramec Valley Plaza, Valley Park, Missouri 63088 on October 18, 2021.

4.  On that date, I noted the presence in the EZ Store of a gaming machine that featured a game entitled Fusion 4 (the "Fusion 4 Gaming Machine").

5.  Also on October 18, 2021, I took a number of photos of the screen displays that appeared on the video screen of the Fusion 4 Gaming Machine. See attached Exhibit 1.

6.  The screen displays of the Fusion 4 Gaming Machine displayed game titles including PLUNDERIN' PIRATES, THE GREAT TRAIN ROBBERY, PIGGY'S

1

BIG BREAK, RED HOT BUFFALO, and KING KONG.  Photos of screen shots showing these game titles are attached as Exhibit 1.

7. I played the Fusion 4 Gaming Machine on that date and took video shots of the screen display during the game play.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

This is the _22ND_ day of November, 2021.

Harry Yiatras

2





















